**No. 09-11326. In re Dedrick Coleman, Petitioner.**

562 U.S. 825, 131 S. Ct. 178, 178 L. Ed. 2d 256, 2010 U.S. LEXIS 7761.

October 4, 2010. Petition for writ of habeas corpus denied.

**No. 09-11494. In re Rodney Skurdal, Petitioner.**

562 U.S. 825, 131 S. Ct. 209, 178 L. Ed. 2d 256, 2010 U.S. LEXIS 7778.

October 4, 2010. Petition for writ of habeas corpus denied.

**No. 09-11534. In re Antonio Kendrick, Petitioner.**

562 U.S. 825, 131 S. Ct. 217, 178 L. Ed. 2d 256, 2010 U.S. LEXIS 7838.

October 4, 2010. Petition for writ of habeas corpus denied.

**No. 09-11546. In re James Mitchell, aka Wamel Allah, Petitioner.**

562 U.S. 825, 131 S. Ct. 218, 178 L. Ed. 2d 256, 2010 U.S. LEXIS 7815,

October 4, 2010. Petition for writ of habeas corpus denied.

**No. 10-129. In re John E. Carter, Petitioner.**

562 U.S. 825, 131 S. Ct. 305, 178 L. Ed. 2d 256, 2010 U.S. LEXIS 7672.

October 4, 2010. Petition for writ of habeas corpus denied.

**No. 10-194. In re Richard John Florance, Jr., Petitioner.**

562 U.S. 825, 131 S. Ct. 347, 178 L. Ed. 2d 256, 2010 U.S. LEXIS 7671.

October 4, 2010. Petition for writ of habeas corpus denied.

**No. 10-5252. In re Johnny Ray Gaffney, Petitioner.**

562 U.S. 825, 131 S. Ct. 266, 178 L. Ed. 2d 256, 2010 U.S. LEXIS 7837,

October 4, 2010. Petition for writ of habeas corpus denied.

**No. 10-5270. In re Paul Emory, Petitioner.**

562 U.S. 825, 131 S. Ct. 269, 178 L. Ed. 2d 256, 2010 U.S. LEXIS 7841.

October 4, 2010. Petition for writ of habeas corpus denied.

**No. 10-5329. In re Adrian Marion Smith, Petitioner.**

562 U.S. 825, 131 S. Ct. 278, 178 L. Ed. 2d 256, 2010 U.S. LEXIS 7806.

October 4, 2010. Petition for writ of habeas corpus denied.

**No. 10-5416. In re Larry Rayford, Petitioner.**

562 U.S. 825, 131 S. Ct. 293, 178 L. Ed. 2d 256, 2010 U.S. LEXIS 7794.

October 4, 2010. Petition for writ of habeas corpus denied.